IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 3:19-CV-226-RJC-DSC

| | |
|---|---|
| LISA CAROL RUDISILL,<br><br>              Plaintiff,<br><br>   v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>              Defendant. | APPEARANCE<br>OF COUNSEL |

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the defendant.

      This the 21st day of May, 2019.

                                                JOSHUA H. STEIN
                                                Attorney General

                                                /s/ Paul M. Cox
                                                Paul M. Cox
                                                Special Deputy Attorney General
                                                N.C. State Bar No. 49146
                                                Email: pcox@ncdoj.gov
                                                N.C. Department of Justice
                                                Post Office Box 629
                                                Raleigh, NC 27602-0629
                                                Telephone: (919)716-6900

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of Court using the CM/ECF system and have placed a copy in the U.S. Mail, postage prepaid, to the plaintiff who is a non-CM/ECF user, as follows:

Lisa Carol Rudisill
7101 Londontowne Dr.
Charlotte NC  28226
godslisaru@aol.com

This the 21st day of May, 2019.

/s/ Paul M. Cox
Paul M. Cox
Special Deputy Attorney General