FILED
CHARLOTTE, NC

**Hand-Delivered**

MAY 30 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

## First Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NC BOARD of ELECTIONS
   430 N SALISBURY ST (3rd floor)
   RALEIGH NC 27603-5918

   9590 9402 4646 8323 4999 16

   8 3090 0000 9478 6370

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   RECEIVED BY
   MAR 17 2019
   MAIL SERVICE CENTER

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

## Second Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NC BOARD of ELECTIONS
   430 N Salisbury ST (3rd floor)
   Raleigh, NC 27603-5918

   9590 9402 4909 9032 5945 85

2. Article Number (Transfer from service label)
   7017 0530 0001 0291 0325

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   RECEIVED BY
   MAR 23 2019
   MAIL SERVICE CENTER

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summons for *(name of individual and title, if any)*
N. C. BOARD of ELECTIONS
was received by me on *(date)* _____.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): Delivered by Certified Mail / Return Receipt

My fees are $ NA for travel and $ NA for services, for a total of $ NA.

I declare under penalty of perjury that this information is true.

Date: 5/30/19

*Lisa C. Rudisill*
Server's signature

Plaintiff / Lisa C. Rudisill
Printed name and title