# EXHIBIT 2

EXHIBIT 2

```
                                      FILED
STATE OF NORTH CAROLINA                          IN THE GENERAL COURT OF JUSTICE
WAKE COUNTY      2019 JAN 25 PM 1:48              SUPERIOR COURT DIVISION
                                                         19 CVS 25
                    WAKE CO., C.S.C.
MARK E. HARRIS,                        )
         Petitioner                    )
                                       )
         v.                            )
                                       )
THE NORTH CAROLINA BI-                 )
PARTISAN STATE BOARD OF                )          ORDER
ELECTIONS AND ETHICS                   )
ENFORCEMENT a/k/a THE NORTH            )
CAROLINA STATE BOARD OF                )
ELECTIONS AND ETHICS                   )
ENFORCEMENT,                           )
         Defendant                     )
                                       )
         and                           )
                                       )
DAN McCREADY and McCREADY              )
FOR CONGRESS,                          )
         Intervenors                   )
```

THIS MATTER came before the undersigned for hearing on January 22, 2019 on (1) the Motion to Intervene of Dan McCready and McCready for Congress, and (2) the Petition for Writ of Mandamus and Appeal from the Failure of the State Board to Act. Upon consideration of the memoranda, arguments of counsel and the record proper, the Court, in open court, entered the following orders:

1.   Permissive intervention of Dan McCready and McCready for Congress is ALLOWED.

2.   The Petition for Writ of Mandamus and Appeal from the Failure of the State Board to Act is DENIED based upon the findings and conclusions stated in open court and adopted by referenced herein.

## Certificate of Service

The undersigned certifies that the foregoing was served upon all parties on the date set out below by depositing the same in the custody of the United States Postal Service, First Class Postage prepaid addressed as follows:

Dudley Witt
David Freedman
Crumpler Freedman Parker & Witt
860 W. Fourth Street
Winston-Salem, NC 27101

Alexander C. Dale
Ward & Smith, PA
Post Office Box 7068
Wilmington, NC 28406-7068

Amar Majmundar
Stephanie Brennan
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602

John R. Wallace
Wallace & Nordan LLP
P.O. Box 12065
Raleigh, NC 27605

Marc Elias
Perkins Cole LLP
700 13th Street, NW, Suite 600
Washington, DC 20005-3960

This the 25th day of January, 2019.

_____

EXHIBIT 2