*Rudisill v. N.C. State Bd. of Elections*
No. 3:19-CV-226 (W.D.N.C.)

EXHIBITS TO DEFENDANT'S MEMORANDUM
IN SUPPORT OF THE MOTION TO DISMISS

# INDEX

Exhibit

*Investigation of Election Irregularities Affecting Counties Within the 9th Congressional District* (N.C. State Bd. of Elections March 13, 2019) ("State Bd. Order") ................... 1

*Harris v. N.C. Bipartisan State Bd. of Elections and Ethics Enforcement*, No. 19 CVS 25 (Wake Cty. Super. Ct. Jan. 25, 3019) ..................................................... 2

*Cooper v. Berger*, No. 18 CVS 3348 (Wake Cty. Super. Ct. Oct. 16, 2018) ..................... 3

N.C. Sess. Law 2018-146 ............................................................................................... 4